

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2015

No. 04-14-00885-CR

Victor Perez **PRADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5355
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On June 23, 2015, we issued an order denying a motion to dismiss filed by appellant's attorney which did not comply with TEX. R. APP. P. 42.2(a), without prejudice to refiling. We directed appellant's attorney to file, no later than July 2, 2015, either an amended motion to dismiss containing the appellant's signature in compliance with Rule 42.2(a), or the appellant's brief which was due on June 10, 2015. Appellant's counsel responded in writing on June 25, 2015 by notifying this Court that an amended motion to dismiss had been sent to appellant who is incarcerated. On June 30, 2015, appellant's counsel filed a "First Motion for Extension of Time to File Amended Motion to Dismiss Appeal" requesting an extension until July 17, 2015 to file the amended motion to dismiss. The motion is GRANTED.

It is ORDERED that either an amended motion to dismiss in compliance with TEX. R. APP. P. 42.2(a) or the appellant's brief must be filed in this Court **on or before July 17, 2015.** If neither the amended motion to dismiss nor the appellant's brief is filed by July 17, 2015, this appeal will be abated to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2)-(4). **No further requests for extension will be considered.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2015.



Keith E. Hottle
Clerk of Court